**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **GARY LEON WEBSTER**<br>**ADC #114018** | **PLAINTIFF** |
| v. | Case No. 3:20-cv-00412-LPR |
| **ST. BERNARDS HOSPITAL** | **DEFENDANT** |

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Gary Leon Webster's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 22nd day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE